Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Miami Division

FILED BY _____ D.C.

JAN 22 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

DEMAND FOR JURY TRIAL

Josmanny Horta

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

United States Postal Service

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)  Case No. _____
)
)        *(to be filled in by the Clerk's Office)*
)
)
)
)
)
)
)
)
)
)

# COMPLAINT AND REQUEST FOR INJUNCTION

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Josmanny Horta |
   | Street Address | PO Box 835864 |
   | City and County | Miami, Miami-Dade County |
   | State and Zip Code | Florida, 33283 |
   | Telephone Number | 305-528-9799 |
   | E-mail Address | josmannyhorta@gmail.com |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | United States Postal Service |
| Job or Title *(if known)* | |
| Street Address | 475 L'Enfant Plaza SW |
| City and County | Washington, DC |
| State and Zip Code | 20260 |
| Telephone Number | 202–268–2000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

39 U.S.C. § 101(a)

39 U.S.C. § 403

Postal Operations Manual, Suitable Receptacles, § 623.1, p. 315 (Issue 9, July 2002, updated with revisions through July 7, 2016)

Postal Operations Manual, § 631.23

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)*
    _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

      The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

      Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   _____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

   A. Where did the events giving rise to your claim(s) occur?

        7401 SW 137th Court
        Miami, FL 33183
        Miami-Dade County

B.   What date and approximate time did the events giving rise to your claim(s) occur?

    August 24, 2020 at approximately 1:00 p.m.

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

    On August 23, 2020, I replaced my home's curbside mailbox with a wall-mounted mailbox. My home is located at 7401 SW 137th Court, Miami, FL 33183, Miami-Dade County.

    On August 24, 2020, the United States Postal Service (hereinafter "USPS") mail carrier who normally delivers to my home, knocked on my door and advised my wife that he was refusing to deliver current and future mail to the wall-mounted mailbox. Despite said mail carrier's refusal to deliver my mail, other USPS mail carriers have subsequently delivered my mail to the wall-mounted mailbox.

    On September 2, 2020, my wife visited the local USPS post office, located at 7501 SW 117th Ave, Miami, FL 33183, Miami-Dade County (hereinafter "local post office"), at which time management personnel advised her that mail delivery service to our home had been stopped. Later that same day, a USPS representative visited my home and dropped off "PS Form 1507" and a copy of Section 623.1 of the Postal Operations Manual. PS Form 1507 'requested' that I "move mailbox back to curbside."

    On September 8, 2020, my wife visited the local post office to pick up our mail, at which time a USPS representative reaffirmed that mail delivery service to our home had been stopped.

    On or about September 17, 2020, I received a letter from the USPS denying the request to have my mail delivered to the wall-mounted mailbox.

    On October 6, 2020, my wife revisited the local post office to pick up our mail, at which time she was advised by management personnel that all of our incoming mail would be returned indefinitely starting on October 9, 2020.

    Due to this unilateral decision by the USPS, I was forced to apply for a PO Box on October 8, 2020. As of the present day, I still maintain said PO Box.

    The USPS's refusal to deliver my mail to the wall-mounted mailbox is, inter alia, unduly and unreasonably discriminatory, as it currently provides 'door delivery' service to 77.7% of the homes on my same street. Furthermore, the USPS is applying arbitrary and inconsistent delivery standards, as the "regular" USPS mail carrier refused to deliver mail to the wall-mounted mailbox but other USPS mail carriers have not.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The delivery/receipt of mail is a basic and fundamental service afforded to the people of the United States that cannot be monetarily measured. The USPS's unduly and unreasonable conduct would require me to position a curbside mailbox—a request I object to—or alternatively, to maintain a PO Box indefinitely, an expense/damage which cannot be measured.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I respectfully ask that this Court:

a) issue an injunction requiring the USPS to immediately resume mail delivery to my home, and that such mail delivery be made on a permanent basis to the wall-mounted mailbox;

b) award Plaintiff all costs related to this matter, including the filing fee in the amount of $402.00, service of process costs, and all expenses incurred in maintaining the PO Box;

c) and grant the Plaintiff such other relief as is just and equitable.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/22/2021

Signature of Plaintiff

Printed Name of Plaintiff    Josmanny Horta, Esq.

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address